**25-32541-H1-13**

Amazon Visa
PO Box 6294
Carol Stream, IL 60197-6294

United States Courts
Southern District of Texas
FILED

MAY 0 6 2025

Nathan Ochsner, Clerk of Court

American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255


Barclays USA
PO Box 8801
Wilmington, DE 19899


CapitalOne Bank, N.A.
1680 Capital One Drive
McLean, VA 22102-3491


CitiBank, N.A.
388 Greenwich Street
New York, NY 10013


Cornerstone Home Lending
PO Box 660217
Dallas, TX 75266-0217

Disover Card
2500 Lake Cook Road
Riverwoods, IL 60015

Goldman Sachs
200 West Street
New York, NY 10282

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Methodist Hospital
6565 Fannin Street
Houston, TX 77030

Nordstrom Card Services
PO Box 6555
Englewood, CO 80155-6555