IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-32541 |
| NATHAN JOSEPH MILLIRON | § | (Chapter 13) |
| *Debtor* | § | |

*United States Courts*
*Southern District of Texas*
*FILED*
*MAY 23 2025*
*Nathan Ochsner, Clerk of Court*

## MOTION FOR EXTENSION OF TIME TO FILE
## LIST OF CREDITORS, PLAN, SCHEDULES AND STATEMENTS

TO THE HONORABLE MARVIN ISGUR:

COMES NOW, Nathan J. Milliron, Debtor, in the above-referenced bankruptcy case.

(1) Milliron filed for Chapter 13 bankruptcy protection on May 6, 2025. At the time of the bankruptcy filing, the following documents were not filed:

    a. Form 106A/B, Schedule A/B (Property);

    b. Form 106C, Schedule C (The Property You Claim as Exempt);

    c. Form 106D, Schedule D (Creditors Who Have Claims Secured by Property);

    d. Form 106E/F, Schedule E/F (Creditors Who Have Unsecured Claims);

    e. Form 106G, Schedule G (Executory Contracts and Unexpired Leases);

    f. Form 106H, Schedule H (Your Codebtors);

    g. Form 106I, Schedule I (Your Income);

    h. Form 106J, Schedule J (Your Expenses);

    i. Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy;

    j. Form 122A-1, B or C-1, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income; and

    k. Copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor(s) from any employer of the debtor(s).

(2) The deadline to file these schedules and the proposed plan is May 20, 2025, fourteen (14) days after the filing of the bankruptcy petition.

(3) Milliron is diligently working to compile the information and documentation to provide accurate and complete information to the court and adequately complete the required schedules and the proposed plan; however, the timely completion of these schedules and the proposed plan has been complicated by the happenings of life.

(4) Shortly after the filing of this bankruptcy action, Milliron's grandfather passed away in the State of Pennsylvania. Milliron's grandfather died on May 9, 2025 and his services were ultimately held in Pennsylvania on May 13, 2025. Unfortunately, Milliron's ability to fully complete the schedules and the proposed plan was delayed by this death and the related family and funeral obligations.

(5) Milliron respectfully requests that the Court grant a brief extension of time for him to complete the schedules and the proposed plan, extending the current May 20, 2025 deadline, for a minimum period of seven (7) days, to May 27, 2025.

WHEREFORE, Milliron respectfully requests that the Court grant a brief extension of time for him to complete the schedules and the proposed plan, extending the current May 20, 2025 deadline, for a minimum period of seven (7) days, to May 27, 2025.

Respectfully submitted,

By: _____
Nathan J. Milliron
P. O. Box 88074
Houston, Texas 77288-0074
(832) 654-8896 (Telephone)
nathan.j.milliron@gmail.com (E-mail)

DEBTOR

*Motion for Extension of Time* – Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion for Extension of Time to File List of Creditors, Plan, Schedules and Statements was circulated to the following, as required by the Federal Rules of Civil Procedure and applicable Bankruptcy Rules, on this the 20th day of May 2025:

*Via First Class U.S. Mail and*
*Via Certified Mail/Return Receipt Requested*
*No. 9589 0710 5270 1031 0558 82*
Mr. David G. Peake
Chapter 13 Trustee
9660 Hillcroft, Suite 430
Houston, Texas 77096

*Via First Class U.S. Mail and*
*Via Certified Mail/Return Receipt Requested*
*No. 9589 0710 5270 1031 0558 99*
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

                                                    _____
                                                   Nathan J. Milliron

## UNSWORN VERIFICATION OF NATHAN J. MILLIRON

I, Nathan J. Milliron, have reviewed the above and foregoing Motion for Extension of Time to File List of Creditors, Plan, Schedules and Statements and I can confirm that the statements included in the Motion are within my personal knowledge and are true and correct.

My name is Nathan J. Milliron, my date of birth is January 16, 1979, and my mailing address is P.O. Box 88074, Houston, Texas 77288-0074. I declare under penalty of perjury the foregoing is true and correct.

Executed in Harris County, State of Texas, on this the 20th day of May, 2025.

_____
Nathan J. Milliron

# NATHAN J. MILLIRON

May 20, 2025

*Via Certified Mail/Return Receipt Requested*
*No. 9589 0710 5270 1031 0559 05*
Mr. Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, Texas 77208

      Re:    In re: Nathan Joseph Milliron, Debtor; Case No. 25-32541; in the Bankruptcy Court for the Southern District of Texas, Houston Division.

Dear Mr. Ochsner:

Enclosed for filing, please find the following:

    (1) Motion for Extension of Time to File List of Creditors, Plan, Schedules and Statements.

If you have any questions or if you need any additional information, please do not hesitate to reach out.

With warm regards,

*[signature]*
Nathan J. Milliron

cc:    Mr. David G. Peake                                 *Via First Class U.S. Mail and CM/RRR*
        Chapter 13 Trustee

        Office of the United States Trustee             *Via First Class U.S. Mail and CM/RRR*

