United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 28, 2025

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-32541 |
| NATHAN JOSEPH MILLIRON, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

## ORDER EXTENDING DEADLINES

Mr. Milliron has filed a motion seeking to extend the deadline to file various documents. Under the circumstances described in his motion, the Court extends the deadlines through June 6, 2025. Mr. Milliron is urged to retain counsel to assist him with this case.

SIGNED 05/28/2025

_____
Marvin Isgur
United States Bankruptcy Judge