**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 30, 2025

Nathan Ochsner, Clerk

In Re:   Nathan Joseph Milliron

**Debtor(s)**

Case No.: 25–32541

Chapter:  13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 7/30/25

MARVIN ISGUR
United States Bankruptcy Judge